Alfred Shaumyan (SBN 266908)
alfred.shaumyan@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

J. Bennett Clark, *of counsel*
ben.clark@bclplaw.com
Jason S. Meyer, *of counsel*
jason.meyer@bclplaw.com
**BRYAN CAVE LEIGHTON PAISNER LLP**
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Facsimile:(314) 552-8418

Attorneys for Third Party Movant
Green Dot Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Third Party Subpoena to Green Dot Corporation<br><br>―――――<br><br>WEX HEALTH, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALEXSAM, INC.,<br><br>　　　　Defendant. | Case No.: 2:18-mc-101-VAP-KS<br><br>[Action pending in the United States District Court for the Eastern District of Texas, Case No. 2:17-cv-733]<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL** |

As requested in the "Joint Stipulation of Dismissal" filed by non-party movant Green Dot Corporation ("Green Dot"), and Plaintiff Wex Health, Inc. ("Wex Health"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

(1) Green Dot Corporation's Motion to Quash [ECF No. 1] is denied as moot;

(2) The above-captioned case is hereby dismissed; and

(3) Each party shall bear its own costs, expenses and attorneys' fees.

Dated: September 5, 2018

*/s/ Karen L. Stevenson*
United States Magistrate Judge
Karen L. Stevenson